United states district court
Northern district of New York

MALIK ROBERTSON
                    (Plaintiff)

-v-

(Judge) JOSEPH E FAHEY
(ADA) JAMES DELAY
(Counsel) TODD SMITH
                    (defendants)

Civil Action
Under 42.USC
1983

PLEASE TAKE NOTICE, that upon the complaint being submitted in the court of the northern district of the United States to be true

_____
Notary of Republic

ELAINE M. EGAN
Notary Public, State of New York
Qual. in Onondaga Co. No. 01EG6090703
Commission Expires April 21, 2015

_____
Malik Robertson
Plaintiff

Date: March 22, 2012

**RECEIVED-UTICA**

MAR 28 2012

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN CLERK

②

Re: Civil Action

Dear Your Honor,

I was arrested August 24, 2011 for burglary 2nd, Criminal mis in the 1st, possession of burglary tools and petit larceny. I was brought to court the next day arraigned on the charges and the judge assigned a attorney to represent me by the name of Todd Smith.

After being in custody for two days my attorney came to visit me in which we had a brief decussion concerning my case and I mentioned that I would like to be present at my preliminary hearing to exercise my 6th amendment right. But Mr. Smith deprived me of that opportunity by waiving my hearing Upon the next visit he told me that he can do what ever he want to do and if he had a chance he will do it again. Then he stated that when I lose trial I will be facing 15 yrs and he think that I should take the offer of 1⅓ to 4. I asked him kindly not to go into any negotiations with the assistant District Attorney because I wanted to keep my speedy trial rights. But he did not respect my wishes and begin to negotiate against my will Sabataging my 190.80 motion

My attorney continuously tried to pressure me third party through the Assistant District attorney to plead out to the charges before I was even indicted. I wasn't even given any

(2)

discovery transcripts concerning my case to show me the evidence that the people have against me and to my understanding that is a violation of my right to due process.

Immediately I decided to write the attorney greievance Committees. On September 30, 2011 I received a response from the Attorney greievance Committees stating that in the event that a court issues a written decision critical of the attorney's conduct, they will then immediately investigate the matter. So on September 26, 2011 I wrote the judge that arraigned me. (Hon. Judge Mcmahon) concerning the issue with my attorney. The judge stated that because I have felony matters pending in County Court it Supercedes city court and it is out of his hands. So he said that he forwarded a copy of my correspondence to the judge assigned to my case in County Court.

When a lawyer refuses to adaquitly represent a client, by not performing up to the standards set forth in the United States Constitution, Such behavior is a clear violation of the Plaintiff's 6th, 8th and 14th amendment rights.

On November 14, 2011 I was brought to court infront of Judge Fahey for a plea offer. I mentioned on the record that me and my attorney are having some differences and I request to have him removed from my case. Judge Fahey stated to me," Mr. Robertson, if you don't take this plea of 1 1/3 to 4, you will be indicted and between now and when you get indicted you can hire what ever attorney you want to hire. I did not take

the offer and my case was waived to the grand jury and I was indicted. I don't understand how that is possible when they do not have any jurisdiction to take me to trial on Burglary Second.

I begin to do some research of my own. I also wrote up a pro se motion and I attached the case sight where it clearly state that because I was charged with burglarizing a basement for copper pipes, a basement do not fit the statutorial requirements of a dwelling. I forwarded this motion to Judge Fahey expressing to him the newly found information concerning my case. Where it clearly stated in black and white the reason why my whole entire indictment is defective Judge Fahey ignored the motion and denied it without given a verbal explanation as if to why he denied the motion.

A person of high ranking working under the color of the law who chooses to close his eyes and look the other way while constitutional violations occur in his presence shall not be protected by the 11th amendment of the constitution, the Plaintiff has a right to equal protection of the law, so when his 8th, 14th amendment rights are violated, a high ranking official is liable too when he refuses to acknowledge the fact that the plaintiff's constitutional rights are being violated in his presence in a official jurisdictional proceedings.

The district attorney assigned to my case has wrote my attorney stating that if I don't plead out to 3½ years that I will be facing 17½ to 22 years in prison and I don't under-

(4)

stand how when I am a first felony offender. 6 months after being incarcerated with no bail because I was born in a different state and the prosecutor consider me being a flight risk. My case was brought infront of the grand jury on November 22, 2011. During those proceedings the Assistant District attorney assigned to my case did not bring forth the witness, in which he was subpoenaed to show up to both my preliminary hearing, as well as my Grand jury presentation and also when my case was brought infront of the grand jury the prosecutor failed to furnish the jury with adequate instructions being that my case is a circumstantial evidence as well as a constructive possession case, by not informing the jury about my case that enabled the grand jury to be able to make a fair and just decision.

When a prosecutor chooses to selectively prosecute a person because of his or her race, gender, or where he is from, is a form of modern day ethinic cleansing, and such vehemanet behavior violates the 8th, and 14th amendment of the United States constitution, and the 11th amendment does not protect him for his blatent abuse.

Thank you for your time and consideration in this matter.

Sincerely Yours
Malik Robertson




**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope
For Domestic and International Use
Visit us at usps.com

From:/Expéditeur:
MaLiK Robertson #08003904 4B30
Onondaga County Justice Center
555 South State Street
Syracuse New York 13202

To:/Destinataire:
Court Clerk
United States District Court
Northern District of New York
Alexander Pirnie Fed Bldg
Utica New York 13501

Country of Destination/Pays de destination:
United States of America

RECEIVED-UTICA
MAR 28 2012
U.S. DISTRICT COURT
LAWRENCE K. BAERMAN CLERK

RECEIVED-UTICA
MAR 28 2012
U.S. DISTRICT COURT
LAWRENCE K. BAERMAN CLERK

Print postage online – Go to usps.com/postageonline
PLEASE PRESS FIRMLY

